IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hurn, Tyrone S

Printed: 10/7/08

Case Number: 07 B 10309
Judge: Squires, John H
Filed: 6/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 13, 2008
Confirmed: August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,550.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 500.00 |
| Trustee Fee: |  | 10.75 |
| Other Funds: |  | 2,039.75 |
| Totals: | 2,550.50 | 2,550.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 500.00 | 500.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 16,424.56 | 0.00 |
| 4. | Internal Revenue Service | Priority | 8,072.12 | 0.00 |
| 5. | FDS National Bank - Bloomingdales | Unsecured | 60.22 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 1,411.78 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 135.61 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 75.50 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 326.26 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 32.77 | 0.00 |
| 11. | Capital One | Unsecured | 154.91 | 0.00 |
| 12. | Ford Motor Credit Corporation | Unsecured | 338.93 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 207.00 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 125.59 | 0.00 |
| 15. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | Household Bank FSB | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 27,865.25 | $ 500.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 110.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hurn, Tyrone S

Printed:  10/7/08

Case Number:  07 B 10309
Judge:  Squires, John H
Filed:  6/8/07

|  | 6.5% | (99.46) |
|---|---|---|
|  |  | _____ |
|  |  | $ 10.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

